Case 4:16-cv-02001-JSW Document 16 Filed 05/06/16 Page 1 of 2

KEMNITZER, BARRON & KRIEG, LLP
BRYAN KEMNITZER Bar No. 066401
NANCY BARRON Bar No. 099278
ELLIOT CONN Bar No. 279920
445 Bush St., 6th Floor
San Francisco, CA 94108
Telephone: (415) 632-1900
Facsimile: (415) 632-1901

HOUSING & ECONOMIC RIGHTS ADVOCATES
ARTHUR D. LEVY Bar No. 095659
1814 Franklin St., Ste. 1040
Oakland, CA 94612
Telephone: (415) 702-4551
Facsimile: (415) 814-4080

Attorneys for Plaintiff NARCISO FUENTES and the proposed class

COBLENTZ PATCH DUFFY & BASS LLP
RICHARD R. PATCH Bar No. 088049
ANN E. JOHNSTON Bar No. 141252
DAVID B. ANDERSON Bar No. 273419
One Montgomery St., Ste. 3000
San Francisco, CA 94104
Telephone: (415) 391-4800
Facsimile: (415) 989-1663

Attorneys for Defendant DISH NETWORK L.L.C.

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

NARCISO FUENTES, individually, on behalf of others similarly situated, and on behalf of the general public,

Plaintiff,

vs.

DISH NETWORK, L.L.C.; and DOES 1 through 50, inclusive,

Defendants.
_______________________________________/

**Case No. 4:16-cv-02001-JSW**

CLASS ACTION

**~~[PROPOSED]~~ ORDER SETTING BRIEFING SCHEDULE ON DISH NETWORK L.L.C.'S MOTION TO COMPEL ARBITRATION AND ALTERNATIVE MOTION TO DISMISS**

The Court has received and reviewed the Stipulation of Plaintiff Narciso Fuentes and

Defendant DISH Network L.L.C. ("DISH") regarding amending the briefing schedules on DISH's Motion to Compel Arbitration (Docket No. 13) as well as its Alternative Motion to Dismiss for Failure to State a Claim (Docket No. 14). Based on the Stipulation and GOOD CAUSE APPEARING, the briefing schedules for these motions as set forth by Local Rule 7-3 are hereby modified as follows:

(1) Plaintiff's opposition to DISH's Motion to Compel Arbitration will be due on May 23, 2016;

(2) Plaintiff's opposition to DISH's Alternative Motion to Dismiss for Failure to State a Claim will be due on May 23, 2016;

(3) DISH's reply brief in support of its Motion to Compel Arbitration will be due on June 8, 2016;

(4) DISH's reply brief in support of its Alternative Motion to Dismiss for Failure to State a Claim will be due on June 8, 2016;

(5) Hearing on Motion to Compel Arbitration: June 17, 2016 at 9:00 a.m.;

(6) Hearing on Motion to Dismiss: July 1, 2016 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: May 6, 2016

HON. JEFFREY S. WHITE