1   KEMNITZER, BARRON & KRIEG, LLP
    BRYAN KEMNITZER          Bar No. 066401
2   NANCY BARRON            Bar No. 099278
    ELLIOT CONN             Bar No. 279920
3   445 Bush St., 6th Floor
    San Francisco, CA  94108
4   Telephone:  (415) 632-1900
    Facsimile:  (415) 632-1901
5
    HOUSING & ECONOMIC RIGHTS ADVOCATES
6   ARTHUR D. LEVY          Bar No. 095659
    1814 Franklin St., Ste. 1040
7   Oakland, CA  94612
    Telephone:  (415) 702-4551
8   Facsimile:  (415) 814-4080

9   Attorneys for Plaintiff NARCISO FUENTES and the proposed class

10

11                        UNITED STATES DISTRICT COURT

12          NORTHEN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

13

14  NARCISO FUENTES, individually, on behalf      Case No. 4:16-cv-02001-JSW
    of others similarly situated, and on behalf of
15  the general public,                           CLASS ACTION

16                         Plaintiff,             DECLARATION OF ROSA BAUM IN
                                                  OPPOSITION TO DISH NETWORK
17         vs.                                    L.L.C.'S MOTION TO COMPEL
                                                  ARBITRATION
18  DISH NETWORK, L.L.C.; and DOES 1
    through 50, inclusive,                        Date:  June 17, 2016
19                                                Time:  9:00 a.m.
                           Defendants.            Courtroom 5 – 2nd Floor
20  _____/             Hon. Jeffrey S. White

21

22

23         I, Rosa Baum, declare as follows:

24         1.      I am a paralegal at Kemnitzer, Barron & Krieg LLP, attorneys of record for

25  Plaintiff Narciso Fuentes in this action.  I have personal knowledge of the facts set forth herein.

26  If called as a witness, I could and would competently testify to the matters stated herein.

27         2.      I am fluent in English and Spanish.

28

                                          1
                                Declaration of Rosa Baum

3.      I have translated the Declaration of Narciso Fuentes in Opposition to Dish Network L.L.C.'s Motion to Compel Arbitration, dated May 20, 2016, filed herewith, from the Spanish language to the English language.

4.      Attached as **Exhibit A**, is a true, accurate, and complete English language translation of the Spanish language text of the Declaration of Narciso Fuentes in Opposition to Dish Network L.L.C.'s Motion to Compel Arbitration, dated May 20, 2016.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and this Declaration is executed on May 20, 2016, at San Francisco, California.

ROSA BAUM