**EXHIBIT A**

# ¡Nada impide que te suscribas a DishLATINO ahora mismo!

**dish LATINO**

## ¡LLAMA YA!
## 1-844-268-4175

Debes mencionar el código promocional: **GETTV**

---

**Tarjeta Prepagada DISH Rewards MasterCard®:** La oferta es válida para la activación e instalación de un servicio elegible de DISH durante el periodo promocional. Para activar el servicio, debe llamar al 1-844-268-4175 y mencionar el Código Promocional GETTV. La Tarjeta Prepagada será entregada entre 6 y 8 semanas después de la activación del servicio. El Código Promocional es requerido al momento de ordenar el servicio, antes de activarlo. La oferta está limitada a una Tarjeta Prepagada por cada activación de cuenta con DISH. No se puede combinar con otras ofertas especiales. Una vez activado el servicio, visite www.mydishrewards.com o llame al 1-844-268-4175 para revisar el estatus de su Tarjeta Prepagada y las Restricciones relacionadas con el uso de la misma. Las Tarjetas son emitidas por Citibank, N.A. de acuerdo con una licencia otorgada por MasterCard International y administrada por Citi Prepaid Services. Las Tarjetas no tienen acceso a efectivo y pueden utilizarse en cualquier comercio que acepte tarjetas de débito de MasterCard. DISH no se responsabiliza por Tarjetas no redimidas antes de los 180 días de elegibilidad.

**Términos y condiciones importantes: Ofertas promocionales:** Requiere la activación de un nuevo servicio elegible de DishLATINO. Todos los precios, tarifas, cargos, paquetes, programación, características, funciones y ofertas están sujetos a cambios sin previo aviso. Después del periodo promocional de 12 meses, se aplicará el precio mensual regular vigente en esa fecha, el cual está sujeto a cambios. **Cargo por desconexión temprana:** Si el servicio se cancela durante los primeros 24 meses, se aplicará un cargo por cancelación de $20 por cada mes restante. **Requisitos Adicionales: Hopper:** Tarifas mensuales: Hopper, $12; Joey, $7; Super Joey, $10. Ver programas de TV en vivo o grabados desde cualquier lugar requiere DVR con Sling conectado a Internet y dispositivo móvil compatible. **HD gratis de por vida:** Se eliminará el cargo por alta definición (HD) de $10 al mes por la duración de la cuenta. Requiere suscripción continua a Pago Automático y Facturación Electrónica. **Canales premium:** El valor de la oferta premium por 3 meses es de $135. Después de 3 meses, se aplicará el precio mensual regular vigente en esa fecha, el cual está sujeto a cambios, a menos que usted llame o vaya online y cancele antes de que terminen los 3 meses. **Requisitos de instalación/equipo:** Solamente la Instalación Profesional Estándar es gratuita. Equipos alquilados deben devolverse a DISH en el momento de la cancelación; de lo contrario, se aplicarán cargos por equipo no devuelto. Pueden aplicarse cargos mensuales adicionales y por adelantado. **Otras consideraciones:** Las ofertas están disponibles para clientes nuevos y clientes previos que califiquen, y se encuentran sujetas a los términos de los contratos Promocionales y Residenciales de Clientes. Pueden aplicarse impuestos o cargos por reembolso de impuestos estatales por ganancias brutas. Pueden aplicar otras restricciones e impuestos. **La oferta finaliza el 30/10/15.**

© 2015 DISH Network L.L.C. Todos los derechos reservados. HBO®, Cinemax® y los canales y marcas de servicio relacionados son propiedad de Home Box Office, Inc. SHOWTIME es una marca registrada de Showtime Networks Inc., una compañía de CBS.

DM21618A