UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARCISO FUENTES, | Case No.  16-cv-02001-JSW |
| Plaintiff, | |
| v. | **ORDER OF ADMONISHMENT** |
| | Re: Dkt. No. 25 |
| DISH NETWORK L.L.C., | |
| Defendant. | |

On May 23, 2016, Plaintiff filed his opposition to Defendant's motion to compel arbitration.  In violation of Northern District Local Rule 7-3(a), Plaintiff filed a separate statement of evidentiary objections.  In light of the fact that the Court granted a request for an enlargement of page limits, the Court is not pleased with Plaintiff's failure to comply with the requirement that evidentiary objections be contained within his opposition brief.  However, the Court shall not strike those objections, and it will consider them.

**ALL PARTIES ARE HEREBY ADMONISHED that if they fail to comply with the provisions of Local Rules 7-3(a) and 7-3(c) in the future regarding evidentiary objections, the Court shall strike any evidentiary objections that are not contained in an opposition or reply brief.**

**IT IS SO ORDERED.**

Dated: May 31, 2016

_____

JEFFREY S. WHITE
United States District Judge