KEMNITZER, BARRON & KRIEG, LLP
BRYAN KEMNITZER      Bar No. 066401
NANCY BARRON         Bar No. 099278
ELLIOT CONN          Bar No. 279920
445 Bush St., 6th Floor
San Francisco, CA  94108
Telephone:  (415) 632-1900
Facsimile:  (415) 632-1901

HOUSING & ECONOMIC RIGHTS ADVOCATES
ARTHUR D. LEVY       Bar No. 095659
1814 Franklin St., Ste. 1040
Oakland, CA  94612
Telephone:  (415) 702-4551
Facsimile:  (415) 814-4080

Attorneys for Plaintiff NARCISO FUENTES and the proposed class

COBLENTZ PATCH DUFFY & BASS LLP
RICHARD R. PATCH     Bar No. 088049
ANN E. JOHNSTON      Bar No. 141252
DAVID B. ANDERSON    Bar No. 273419
One Montgomery St., Ste. 3000
San Francisco, CA  94104
Telephone:  (415) 391-4800
Facsimile:  (415) 989-1663

Attorneys for Defendant DISH NETWORK L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| NARCISO FUENTES, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>DISH NETWORK, L.L.C.; and DOES 1 through 50, inclusive,<br><br>Defendants.<br>_____ / | **Case No. 4:16-cv-02001-JSW**<br><br>[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |

1  The Court has received and reviewed the Stipulation of Plaintiff Narciso Fuentes and
2  Defendant DISH Network L.L.C. ("DISH") to continue the initial case management conference to
3  October 28, 2016 at 11:00 a.m., with a joint case management statement to be filed no later than
4  five (5) court days prior to the conference.

5  Pursuant to Civil L.R. 16-2, based on the Stipulation and GOOD CAUSE APPEARING,
6  the initial case management conference in this action is CONTINUED to **October 28, 2016 at**
7  **11:00 a.m.**, with a joint case management statement to be filed no later than five (5) court days
8  prior to the conference. All case management deadlines related to the initial case management
9  conference are to be adjusted accordingly.

11  **IT IS SO ORDERED.**

13  Dated: June 28, 2016

    _____
    HON. JEFFREY S. WHITE