1
2
3
4                           UNITED STATES DISTRICT COURT
5                          NORTHERN DISTRICT OF CALIFORNIA
6
7    NARCISO FUENTES,                          Case No.  16-cv-02001-JSW
8              Plaintiff,
                                                **ORDER PERMITTING SUR-REPLY**
9        v.
                                                Re: Dkt. No. 13
10   DISH NETWORK L.L.C.,
11             Defendant.
12
13        This matter is scheduled for a hearing on August 12, 2016, to consider Defendant's
14   motions to compel and to dismiss.  Defendant submitted additional evidence with its reply brief
15   that pertains to the issue of whether a valid arbitration exists.  In his opposition, Plaintiff requested
16   the opportunity to respond to any new evidence submitted with Defendant's reply.
17        The Court shall permit Plaintiff the opportunity to file a sur-reply that does not exceed 3
18   pages to respond to the evidence contained in the Reply Declaration of Shannon Picchione (Dkt.
19   34-1.)  Plaintiff shall file his sur-reply by no later than 2:00 p.m. on Wednesday, August 10, 2016.
20   If the Court finds the motions suitable for disposition without oral argument, it will notify the
21   parties in advance of the hearing date.
22        **IT IS SO ORDERED.**
23   Dated: August 5, 2016
24                                              _____
25                                              JEFFREY S. WHITE
                                                United States District Judge
26
27
28