# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARCISO FUENTES,<br><br>            Plaintiff,<br><br>     v.<br><br>DISH NETWORK L.L.C.,<br><br>            Defendant. | Case No. 16-cv-02001-JSW<br><br>**ORDER LIFTING STAY AND SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 70 |

The Court has received the parties' joint status report, in which they advise the Court that the arbitration proceedings have been dismissed. The Court HEREBY LIFTS the stay and orders the parties to appear for a case management conference on Friday, March 8, 2019 at 11:00 a.m. The parties shall submit a joint case management conference statement by March 1, 2019.

**IT IS SO ORDERED.**

Dated: February 4, 2019

_____
JEFFREY S. WHITE
United States District Judge