# KEMNITZER, BARRON & KRIEG, LLP
ATTORNEYS AT LAW
www.kbklegal.com

BRYAN KEMNITZER
354 PINE STREET, 5TH FLOOR
SAN FRANCISCO, CA 94104
MAIN: (415) 632-1900
FAX: (415) 632-1901
bryan@kbklegal.com

OFFICE LOCATIONS:
SAN FRANCISCO
SACRAMENTO
LOS ANGELES
SAN DIEGO

March 15, 2019

**VIA ECF**

Hon. Jeffrey S. White
Oakland Courthouse, Courtroom 5 - 2nd Floor
1301 Clay Street, Oakland, CA 94612

    **Re:** *Fuentes v. Dish Network, et al.*
          **U.S. District Court, Northern District of California, Oakland Division**
          **Case No. 3-16-cv-02001-jsw**

Dear Judge White,

    The parties have met and conferred extensively with regard to the issue of discovery. The parties have agreed to mediate the matter before the Hon. Ronald Sabraw at JAMS after the Court's ruling on Dish's Motion to Dismiss. The parties have agreed that an informal exchange of information and documents is necessary in order to have a constructive mediation and are in the process of working out issues relating to the information to be provided by the parties prior to the mediation, including information related to class statistical information and class discovery that is reasonably available to Dish. Therefore, there is no need for the Court to become involved in discovery issues at this time.

                              Very truly yours,

/s/ *Bryan Kemnitzer*
Bryan Kemnitzer
Attorney for Narciso Fuentes and the
proposed Class

/s/ *Clifford Yin* (with permission)
Clifford Yin
Attorney for Dish Network, LLC