UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARCISO FUENTES,<br><br>         Plaintiff,<br><br>     v.<br><br>DISH NETWORK L.L.C.,<br><br>         Defendant. | Case No. 16-cv-02001-JSW<br><br>**ORDER REGARDING PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Re: Dkt. No. 156 |

Plaintiff has filed a motion to seal portions of the Deposition of Mark Vervaet and an exhibit to that deposition, which is attached as Exhibit H to the Declaration of Elliott Conn in support of Plaintiff's motion for summary judgment. Plaintiff states Defendant designated the deposition as confidential. Defendant has not filed a declaration to support sealing those excerpts. *See* N.D. Civ. L.R. 79-5. In addition, Defendant filed some of the same excerpts publicly when it opposed Plaintiff's motion for class certification and publicly filed additional excerpts in support of its motion for summary judgment.

The Court ORDERS Defendant to SHOW CAUSE by **July 27, 2021** why Plaintiff's motion to seal should be granted as to those excerpts of Mr. Vervaet's deposition that have not yet been publicly filed. If Defendant fails to file a declaration by that date, Plaintiff's motion to seal will be deemed denied, and Plaintiff shall publicly file the Exhibit H to the Conn Declaration in the public record.[1]

//

//

---

[1] Plaintiff shall not submit an additional chambers copy of the Exhibit if and when it is re-filed.

1  If Defendant does file a declaration seeking to seal portions of Exhibit H, the Court will
2  issue a ruling on the motion to seal in due course.
3  IT IS SO ORDERED.
4  Dated: July 20, 2021

_____
JEFFREY S. WHITE
United States District Judge