RICHARD R. PATCH (State Bar No. 88049)
CLIFFORD E. YIN (State Bar No. 173159)
CRISTA WELCH (State Bar No. 312582)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-rrp@cpdb.com
         ef-cey@cpdb.com
         ef-cnw@cpdb.com

Attorneys for Defendant
DISH NETWORK L.L.C.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| NARCISO FUENTES, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK, L.L.C.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 4:16-cv-02001-JSW<br><br>**DISH NETWORK L.L.C.'S CONSENT TO PUBLIC FILING OF CONN DECLARATION, EXHIBIT H (DKT. 156-3)** |

In response to Plaintiff's Administrative Motion To File Deposition Testimony and Exhibit Designated "Confidential" Pursuant To Protective Order Under Seal (Dkt No. 156) ("Plaintiff's Administrative Motion") and the Order Regarding Plaintiff's Administrative Motion To Seal (Dkt. No. 159), DISH Network L.L.C. states that it is not necessary that Exhibit H to the Declaration of Elliot Conn (Dkt. 156-3) (which exhibit contains excerpts from the Deposition of DISH Sales Director Mark Vervaet, taken on September 25, 2020, and Exhibit 13 to the deposition) be filed under seal, and, DISH consents to its public filing.

DATED: July 21, 2021                         COBLENTZ PATCH DUFFY & BASS LLP

                                             By: /s/ Clifford E. Yin
                                             CLIFFORD E. YIN
                                             Attorneys for Defendant
                                             DISH NETWORK L.L.C.