UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARCISO FUENTES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DISH NETWORK L.L.C.,<br><br>　　　　Defendant. | Case No. 16-cv-02001-JSW<br><br>**ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Re: Dkt. No. 156 |

　　　The Court has received Defendant's response to the Order directing Defendant to show cause why Exhibit H to the Declaration of Elliott Conn in support of Plaintiff's motion for summary judgment motion to seal should be granted. Defendant states the Exhibit may be publicly filed. Accordingly, the Court DENIES Plaintiff's motion to seal and he shall file Exhibit H to the Conn Declaration in the public record.

　　　IT IS SO ORDERED.

Dated: July 22, 2021

_____
JEFFREY S. WHITE
United States District Judge