UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARCISO FUENTES,<br><br>            Plaintiff,<br><br>    v.<br><br>DISH NETWORK L.L.C.,<br><br>            Defendant. | Case No. 16-cv-02001-JSW<br><br>**ORDER VACATING HEARING ON MOTIONS FOR SUMMARY JUDGMENT, PRETRIAL, TRIAL AND ASSOCIATED DEADLINES**<br><br>Re: Dkt. Nos. 122, 155, 157 |

This matter is scheduled for a hearing on October 1, 2021 to consider the parties' motions for summary judgment. The Court has considered the parties' papers, relevant legal authority, and the record in this case, and it finds the motions suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the Court VACATES the hearing date. Because the Court is now unavailable on the scheduled trial date, it also VACATES the pretrial and trial dates and all associated deadlines. The Court will re-set those dates, as necessary, in the order resolving the pending motions.

**IT IS SO ORDERED**.

Dated: September 27, 2021

_____
JEFFREY S. WHITE
United States District Judge