UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARCISO FUENTES,<br><br>    Plaintiff,<br><br>v.<br><br>DISH NETWORK L.L.C.,<br><br>    Defendant. | Case No. 16-cv-02001-JSW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND REQUIRING PARTIES TO MEET AND CONFER**<br><br>Re: Dkt. No. 173 |

The Court has received and considered the parties' joint case management conference statement. The Court CONTINUES the case management conference scheduled for December 9, 2022 to January 20, 2023 at 11:00 a.m. The parties shall continue to meet and confer, as that term is defined in the Northern District Civil Local Rules, regarding the issues of individual monetary relief, Plaintiff's request to remand, and attorneys' fees.

The parties shall file an updated joint case management conference statement by January 13, 2023 that addresses the issues above, including proposed briefing schedules on motions for to remand, for leave to file motions for reconsideration, and for attorneys' fees.

**IT IS SO ORDERED**.

Dated: December 6, 2022

_____
JEFFREY S. WHITE
United States District Judge