UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARCISO FUENTES,<br><br>        Plaintiff,<br><br>v.<br><br>DISH NETWORK L.L.C.,<br><br>        Defendant. | Case No. 16-cv-02001-JSW<br><br>**ORDER GRANTING LEAVE TO FILE MOTION FOR RECONSIDERATION AND SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 176 |

The Court has received Defendant's motion for leave to file a motion for reconsideration of the Court's Order granting Plaintiff's cross-motion for summary judgment on his claim under California's Home Solicitation Sales Act. The Court GRANTS Defendant's motion for leave to file its motion for reconsideration. Defendant may supplement the argument in Docket No. 176 with no more than 10 pages by January 18, 2023. Plaintiff may file an opposition by no later than February 3, 2023, and Defendant may file a reply by February 10, 2023. Unless the Court determines a hearing is required, it will resolve the motion for reconsideration on the papers.

**IT IS SO ORDERED**.

Dated: January 6, 2023

_____
JEFFREY S. WHITE
United States District Judge