HOUSING & ECONOMIC RIGHTS ADVOCATES
ARTHUR D. LEVY            Bar No. 095659
3950 Broadway, Suite 200
Oakland, CA 94611
Telephone:  (415) 702-4551
Facsimile:  (415) 814-4080

CONN LAW, PC
ELLIOT J. CONN            Bar No. 279920
354 Pine St., 5th Floor
San Francisco, CA 94104
Telephone:  (415) 417-2780
Facsimile:  (415) 358-4941

Attorneys for Plaintiff NARCISO FUENTES

COBLENTZ PATCH DUFFY & BASS LLP
RICHARD R. PATCH          Bar No. 088049
CLIFFORD E. YIN           Bar No. 173159
LAURA SEEGAL              Bar No. 307344
One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500
Telephone: (415) 391-4800
Facsimile: (415) 989-1663

Attorneys for Defendant DISH NETWORK L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NARCISO FUENTES, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>DISH NETWORK, L.L.C.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 4:16-cv-02001-JSW<br><br>**JOINT CASE MANAGEMENT STATEMENT** AND ORDER VACATING CASE MANAGEMENT CONFERENCE<br>Date:  March 24, 2023<br>Time:  11:00 a.m.<br>Courtroom 5, 2nd Floor (Oakland)<br>Hon. Jeffrey S. White |

Plaintiff NARCISO FUENTES ("Plaintiff" or "NARCISO FUENTES") and Defendant DISH NETWORK L.L.C. ("Defendant" or "DISH") (collectively "the Parties"), by their undersigned counsel, submit this Joint Case Management Statement, pursuant to Federal Rule of

009617.0065 4878-6412-1432.1

Civil Procedure 26 and Civil Local Rule 16-9, and this Court's Orders of December 6, 2022, January 13, 2023, and March 16, 2023 (Dkt. Nos. 175, 179, and 183).

In accordance with the Court's Orders of January 13, 2023 and March 16, 2023 (Dkt. Nos. 179 and 183), and as a result of the Court's Order Denying Defendant's Motion for Reconsideration (Dkt. No. 183) (the "Reconsideration Order"), Plaintiff will file a Motion for Remand within fourteen dates of the Reconsideration Order, that is, on March 30, 2023, with a requested hearing date of May 5, 2023. Defendant will oppose the Motion to Remand and will file its opposition in accordance with Northern District of California Local Rule 7-3, that is, on April 13, 2023. Plaintiff will file his reply in in accordance with Northern District of California Local Rule 7-3, that is, on April 20, 2023.

The parties request that the Court continue the case management conference scheduled for March 24, 2023 at 11:00 a.m. to a date after the Court resolves the Motion to Remand.

Dated:  March 22, 2023                                   HOUSING & ECONOMIC RIGHTS ADVOCATES
                                                                              CONN LAW, PC

                                                   By:    /s/ Elliot Conn
                                                          ELLIOT CONN
                                                          Attorneys for Plaintiff NARCISO FUENTES

Dated:  March 22, 2023                                   COBLENTZ PATCH DUFFY & BASS LLP

                                                   By:    /s/ Clifford E. Yin
                                                          CLIFFORD E. YIN
                                                          Attorneys for Defendant DISH NETWORK L.L.C.

**ECF CERTIFICATION**

Pursuant to Civil Local Rule 5-1(h)(3), I, Elliot Conn, attest that I obtained concurrence in the filing of this document from the above Signatories.

Dated:  March 22, 2023                                   CONN LAW, PC

                                                   By:    /s/ Elliot Conn
                                                          ELLIOT CONN
                                                          Attorneys for Plaintiff NARCISO FUENTES

<u>ORDER</u>

Good cause appearing, the Case Management Conference scheduled for ~~10:00~~ 11:00 a.m. on March 24, 2023 is ~~hereby continued to 10:00 a.m. to~~ VACATED. The Court will reschedule the conference, if necessary, when it resolves Plaintiff's anticipated motion to remand.

DATED: March 22, 2023

_____
United States District Judge
JEFFREY S. WHITE