HOUSING & ECONOMIC RIGHTS ADVOCATES
ARTHUR D. LEVY          Bar No. 095659
3590 Broadway, Suite 200
Oakland, CA  94611
Telephone:  (415) 702-4551
Facsimile:  (415) 814-4080

CONN LAW, PC
ELLIOT CONN             Bar No. 279920
354 Pine St., 5th Floor
San Francisco, CA  94104
Telephone:  (415) 417-2780
Facsimile:  (415) 358-4941

Attorneys for Plaintiff NARCISO FUENTES

COBLENTZ PATCH DUFFY & BASS LLP
RICHARD R. PATCH        Bar No. 088049
CLIFFORD E. YIN         Bar No. 173159
LAURA R. SEEGAL         Bar No. 307344
One Montgomery St., Ste. 3000
San Francisco, CA  94104-5500
Telephone:  (415) 391-4800
Facsimile:  (415) 989-1663

Attorneys for Defendant DISH NETWORK L.L.C.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| NARCISO FUENTES, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>            Plaintiff,<br><br>    vs.<br><br>DISH NETWORK, L.L.C.; and DOES 1 through 50, inclusive,<br><br>            Defendants. | **Case No. 4:16-cv-02001-JSW**<br><br>**STIPULATION FOR ENTRY OF JUDGMENT**<br><br>Action Filed: March 7, 2016<br>Trial Date:   None Set |

    Plaintiff Narciso Fuentes ("Plaintiff") and Defendant DISH Network L.L.C. ("Defendant"), through their respective undersigned counsel, hereby stipulate as follows based on the following facts:

    WHEREAS, on July 8, 2021, Defendant filed the Notice of Motion & Motion of

Defendant DISH Network L.L.C. for Summary Judgment or, in the Alternative, Summary Adjudication (Dkt. 155) and on July 9, 2021, Plaintiff filed Plaintiff's Notice of Motion and Motion for Partial Summary Judgment (Dkt. 157);

WHEREAS, on November 15, 2022, the Court issued an Order Resolving Cross-Motions for Summary Judgment and Setting Status Conference (Dkt. 172) (the "Summary Judgment Order");

WHEREAS, on March 30, 2023, Plaintiff filed Plaintiff's Notice of Motion and Motion to Remand (Dkt. 186);

WHEREAS, on May 17, 2023, the Court issued the Order Denying Motion to Remand (Dkt. 190) and ordered the parties to file a stipulated judgment by May 26, 2023.

BASED ON THOSE FACTS IT IS HEREBY STIPULATED AND AGREED THAT JUDGMENT MAY BE ENTERED AS FOLLOWS:

1. Judgment is entered in favor of Plaintiff Narciso Fuentes (on an individual basis only) and against Defendant DISH Network L.L.C. on the First Cause of Action, for Violation of the Home Solicitation Sales Act, Civil Code § 1689.5 *et seq*.

2. Judgment is entered in favor of Defendant DISH Network L.L.C., and against Plaintiff Narciso Fuentes, on the Second Cause of Action, for Violation of the California Translation Act, Civil Code § 1632.

3. Judgment is entered in favor of Plaintiff Narciso Fuentes (on an individual basis only), and against Defendant DISH Network L.L.C., on that portion of the Third Cause of Action (for Violation of the Consumer Legal Remedies Act, Civil Code § 1750) based on Civil Code § 1770(a)(14).

4. Judgment is entered in favor of Defendant DISH Network L.L.C., and against Plaintiff Narciso Fuentes, on that portion of the Third Cause of Action (for Violation of the Consumer Legal Remedies Act, Civil Code § 1750) based on Civil Code § 1770(a)(19).

5. Judgment is entered in favor of Plaintiff Narciso Fuentes (on an individual basis only), and against Defendant DISH Network L.L.C., on that portion of the Fourth Cause of Action (for Violation of Business and Professions Code § 17200) based on violations of the

HSSA and Civil Code § 1770(a)(14).

6. Judgment is entered in favor of Defendant DISH Network L.L.C., and against Plaintiff Narciso Fuentes, on that portion of the Fourth Cause of Action (for Violation of Business and Professions Code § 17200) based on violations of the CTA and Civil Code § 1770(a)(19).

7. A monetary award, including prejudgment interest and costs, is awarded to Plaintiff Narciso Fuentes and against Defendant DISH Network L.L.C. in the total stipulated amount of Two Thousand Five Hundred Ninety Dollars ($2,590). The Parties have agreed to that amount as a compromise and to avoid further expense. DISH specifically does not waive any rights or defenses that might otherwise be available to it in the future or as to any other subscriber.

8. Except as provided herein, Plaintiff Narciso Fuentes shall take nothing further by the judgment, and no injunctive relief shall issue.

9. This stipulation is made based on the facts recited above and is without prejudice to the appeal rights of the parties.

Dated: May 26, 2023                          CONN LAW, PC

                                             By:     /s/ Elliot Conn
                                                   ELLIOT CONN
                                                   Attorneys for Plaintiff NARCISO FUENTES

Dated: May 26, 2023                          COBLENTZ PATCH DUFFY & BASS LLP

                                             By:     /s/ Clifford Yin
                                                   CLIFFORD YIN
                                                   Attorneys for Defendant DISH NETWORK L.L.C.

### General Order 45, Section X Certification

The filing attorney hereby certifies that concurrence in the filing of the document has

been obtained from each signatory, in accordance with N.D. Cal. Order 45, Section X(B).