UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| NARCISO FUENTES, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>    Plaintiff,<br><br>    vs.<br><br>DISH NETWORK, L.L.C.; and DOES 1 through 50, inclusive,<br><br>    Defendants. | **Case No. 4:16-cv-02001-JSW**<br><br>**JUDGMENT PURSUANT TO STIPULATION AND COURT ORDER ON SUMMARY ADJUDICATION**<br><br>Action Filed: March 7, 2016<br>Trial Date:   None Set |

PURSUANT TO THE PARTIES' STIPULATION AND THE COURT'S ORDERS ON SUMMARY ADJUDICATION DATED NOVEMBER 15, 2022 AND REMAND DATED MAY 17, 2023, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT JUDGMENT BE AND IS HEREBY ENTERED AS FOLLOWS:

    1.    Judgment is entered in favor of Plaintiff Narciso Fuentes (on an individual basis only) and against Defendant DISH Network L.L.C. on the First Cause of Action, for Violation of the Home Solicitation Sales Act, Civil Code § 1689.5 *et seq*.

    2.    Judgment is entered in favor of Defendant DISH Network L.L.C., and against Plaintiff Narciso Fuentes, on the Second Cause of Action, for Violation of the California Translation Act, Civil Code § 1632.

    3.    Judgment is entered in favor of Plaintiff Narciso Fuentes (on an individual basis only), and against Defendant DISH Network L.L.C., on that portion of the Third Cause of Action

(for Violation of the Consumer Legal Remedies Act, Civil Code § 1750) based on Civil Code § 1770(a)(14).

4. Judgment is entered in favor of Defendant DISH Network L.L.C., and against Plaintiff Narciso Fuentes, on that portion of the Third Cause of Action (for Violation of the Consumer Legal Remedies Act, Civil Code § 1750) based on Civil Code § 1770(a)(19).

5. Judgment is entered in favor of Plaintiff Narciso Fuentes (on an individual basis only), and against Defendant DISH Network L.L.C., on that portion of the Fourth Cause of Action (for Violation of Business and Professions Code § 17200) based on violations of the HSSA and Civil Code § 1770(a)(14).

6. Judgment is entered in favor of Defendant DISH Network L.L.C., and against Plaintiff Narciso Fuentes, on that portion of the Fourth Cause of Action (for Violation of Business and Professions Code § 17200) based on violations of the CTA and Civil Code § 1770(a)(19).

7. A monetary award, including prejudgment interest and costs, is awarded to Plaintiff Narciso Fuentes and against Defendant DISH Network L.L.C. in the total stipulated amount of Two Thousand Five Hundred Ninety Dollars ($2,590). The Parties agreed to that amount as a compromise and to avoid further expense. DISH specifically does not waive any rights or defenses that might otherwise be available to it in the future or as to any other subscriber.

8. Except as provided herein, Plaintiff Narciso Fuentes shall take nothing further by the judgment, and no injunctive relief shall issue.

9. This Judgment is rendered based on the Parties' Stipulation for Entry of Judgment and is without prejudice to the appeal rights of the parties.

**IT IS SO ORDERED AND FINALLY ADJUDGED.**

Dated: _____

_____
Hon. Jeffrey S. White
Judge, United States District Court