HOUSING & ECONOMIC RIGHTS ADVOCATES
ARTHUR D. LEVY					Bar No. 095659
610 – 16th Street
Suite 420
Oakland, California 94612
Telephone:  (415) 702-4551
Facsimile:  (415) 814-4080
Email: arthur@yesquire.com

CONN LAW, PC
ELLIOT J. CONN					Bar No. 279920
354 Pine St., 5th Floor
San Francisco, CA 94104
Telephone:  (415) 417-2780
Facsimile:  (415) 358-4941
Email: elliot@connlawpc.com

Attorneys for Plaintiff NARCISO FUENTES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NARCISO FUENTES, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>DISH NETWORK, L.L.C.; and DOES 1 through 50, inclusive,<br><br>Defendants. | **Case No. 4:16-cv-02001-JSW**<br><br>**NOTICE OF CHANGE OF ADDRESS** |

1  PLEASE TAKE NOTICE that the mailing address for Arthur D. Levy, counsel of record for

2  Plaintiff Narciso Fuentes, has changed.  His new address is

3  610 – 16th Street

4  Suite 420

5  Oakland, California 94612

6  Effective immediately, all mail should be directed accordingly.

7  All other contact information remains the same.

8  DATED: November 29, 2023                    LAW OFFICE OF ARTHUR D. LEVY

/s/ Arthur D. Levy
Arthur D. Levy
HOUSING & ECONOMIC RIGHTS ADVOCATES
ARTHUR D. LEVY          Bar No. 095659
610 – 16th Street
Suite 420
Oakland, California 94612
Telephone:  (415) 702-4551
Facsimile:  (415) 814-4080
Email: arthur@yesquire.com

CONN LAW, PC
ELLIOT J. CONN          Bar No. 279920
354 Pine St., 5th Floor
San Francisco, CA 94104
Telephone:  (415) 417-2780
Facsimile:  (415) 358-4941
Email:elliot@connlawpc.com

Attorneys for Plaintiff NARCISO FUENTES